## STATE of Missouri, Respondent,

v.

## Thomas M. BROWN, Sr., Appellant.

### No. WD 64983.

Missouri Court of Appeals,
Western District.

Oct. 31, 2006.

Application for Transfer to Supreme Court
Denied Dec. 19, 2006.

Application for Transfer Denied
Jan. 30, 2007.

John W. Simon, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Karen Kramer, Office of Attorney General, Jefferson City, for respondent.

Before HAROLD L. LOWENSTEIN, Presiding Judge, PAUL M. SPINDEN, Judge, and THOMAS H. NEWTON, Judge.

## ORDER

Thomas M. Brown, Sr. appeals the circuit court's judgment convicting him of second-degree murder and armed criminal action under a theory of accomplice liability. We affirm. Rule 30.25(b).